AO 440 (Rev. 8/01) Summons in a Civil Action

**ORIGINAL**

# UNITED STATES DISTRICT COURT

District of Massachusetts

COSTUX CORP.,
d/b/a TRIAD BOATWORKS,
          Plaintiff,

V.

GEORGE T.J. WALKER,
          Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04 10483 RGS

TO: (Name and address of Defendant)

George T.J. Walker
639 Point Road
Marion, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Norman A. Peloquin, II, Esquire
Norman A. Peloquin, II P.C.
460 County Street
New Bedford, MA 02740
Tel. 508.991.2300
Fax 508.991.8300

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

March 10, 2004

DATE

≈AO

Ser

NAM

C

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

March 24, 2004

I hereby certify and return that on 3/22/2004 at 12:45 pm I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of George T.J. Walker, , 639 Point Road, , Marion, MA 02738. Basic Service Fee ($20.00), Conveyance ($4.50), Travel ($22.70), Postage and Handling ($3.00), Attest (2 copies) ($10.00) Total Charges $60.20 left with adult female, Steph Cunningham

Deputy Sheriff Gregory S. Kamon

*Deputy Sheriff*

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.