UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                                           :
COSTUX CORP., d/b/a TRIAD BOATWORKS,                       :
                                                           :
                Plaintiff,                                 :
                                                           :
v.                                                         :   CIVIL ACTION NO.
                                                           :   04-CV-10483 (RGS)
                                                           :   IN ADMIRALTY
GEORGE T.J. WALKER,                                        :
                                                           :
                                                           :
                Defendant.                                 :
-----------------------------------------------------------x
```

**APPLICATION FOR ENTRY OF DEFAULT**

TO THE CLERK OF THE ABOVE-NAMED COURT:

I, Norman A. Peloquin, II, attorney for plaintiff, Costux Corp., d/b/a Triad Boatworks, state that:

1.  On March 22, 2004, pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure, I caused notice of this action to be served by a disinterested/third party upon the following defendant: George T.J. Walker, 639 Point Road, Marion, MA. 02738.

2.  The time within which the above-named defendant must serve an answer to the Complaint, or otherwise plead or defend, or any extension thereof agreed to by the parties, has expired.

    WHEREFORE, plaintiff, Costux Corp., d/b/a Triad Boatworks, respectfully makes application that the defendant, George T.J. Walker, be defaulted in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

Signed under the pains and penalties of perjury on this 15th day of April, 2004.

/s/ Norman A. Peloquin, II
_____
Norman A. Peloquin, II (BBO No. 550872)
NORMAN A. PELOQUIN, II, P.C.
The Morad Building, 460 County Street
New Bedford, MA 02740
Tel (508) 991 2300
Fax (508) 991 8300