UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                              :
COSTUX CORP., d/b/a TRIAD BOATWORKS,  :

        Plaintiff,

v.                                          CIVIL ACTION NO.
                                          04-CV-10483 (RGS)
                                          **IN ADMIRALTY**

GEORGE T.J. WALKER,

        Defendant.
---------------------------------------------------------------x

**DEFAULT JUDGEMENT**

Defendant, George T.J. Walker, having failed to plead or otherwise defend in this action and his default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $10,938.88; that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $ 210.20, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff, Costux Corp., d/b/a Triad Boatworks, recover from defendant, George T.J. Walker, the sum of $ 11,149.08 with interest as provided by law.

Dated: May ___, 2004                                TONY ANASTAS
                                                          CLERK

                                                          _____
                                                          Elaine Flaherty, Deputy Clerk