5/5/04

Date:   May 5, 2004

To:    United States District Court
       District of Massachusetts
       Tony Anastas, Clerk

From:  George T.J. Walker

Re:    Civil Action 04-10483 RGS

Dear Sir and/or Madam,

A Notice of Default was issued on the 22nd day April, 2004 against George T.J. Walker as owner of the vessel "Miss Harborfront". George T.J. Walker has never owned this vessel. Upon receiving the original summons, I contacted Attorney Peloquin's office and left word that he had listed the wrong defendant.

Therefore, I ask this honorable court to vacate the Notice of Default against George T.J. Walker as he is not a party in this case.

If I can be of any further assistance, please do not hesitate to contact me at 508.997.1281 Thank you in advance for your co-operation.


Yours sincerely,

*[signature]*

George T.J. Walker
Cc Attorney Norman A. Peloquin, Via Facsimile

*[handwritten note:]* He doesnt own vessel but has Company does. they're trying to work out. We can deny mtn for default judgment for now. Will be filing a mtn to amend complaint to substitute party.

7