UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------X
:
COSTUX CORP., d/b/a TRIAD BOATWORKS,        :
         Plaintiffs                        :
vs.                                                  :   CIVIL ACTION NO. 04-CV-10483(RGS)
                                                    :   **IN ADMIRALTY**
:
SOUTHCOAST EXPRESS, INC.             :
         Defendants.          :
:
------------------------------------------------------------      X

**MOTION TO STRIKE ANSWER**

    NOW COMES plaintiff, COSTUX CORP., d/b/a TRIAD BOATWORKS, and by and through its attorney, hereby moves to strike the Answer of SouthCoast Express, Inc. upon the ground that defendant corporation cannot appear *pro se* in this matter.

    In further support of this motion, plaintiff relies upon the reasons set forth in the accompanying memorandum of law.

    WHEREFORE, plaintiff, COSTUX CORP., d/b/a TRIAD BOATWORKS, requests that the said Answer, and the defenses stated therein, be stricken from the Docket.

Dated: July 1, 2004                              Respectfully submitted,

                                                      COSTUX CORP.,
                                                      d/b/a TRIAD BOATWORKS
                                                      By their attorney,
                                                      NORMAN A. PELOQUIN, II, P.C.

                                                     <u>/s/ Norman A. Peloquin, II</u>
                                                     Norman A. Peloquin, II
                                                    (BBO No. 550872)
                                                     Morad Building, 460 County Street
                                                     New Bedford, MA 02740-5107
                                                     Tel. (508) 991-2300
                                                     Fax (508) 991-8300

Certificate of Compliance

I hereby certify that on the 1st day of July, 2004, that I conferred with George T.J. Walker, President of defendant corporation, prior to filing the instant motion in an attempt to resolve or narrow the issues presented herein in compliance with the provision of Local Rule 7.1.

/s/ Norman A. Peloquin, II
Attorney-at-Law

Certificate of Service

I hereby certify that on the 1st day of July, 2004, I served a true copy of the foregoing document upon counsel of record by first class mail, postage prepaid, to: George T.J. Walker, President, SouthCoast Express, Inc., 110 Middle Street, Fairhaven, MA 02719.

/s/ Norman A. Peloquin, II
Attorney-at-Law