UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------X
:
COSTUX CORP., d/b/a TRIAD BOATWORKS,  :
:
                Plaintiff,  :
vs.  :  CIVIL ACTION NO. 04-CV-10483(RGS)
:  **IN ADMIRALTY**
:
SOUTHCOAST EXPRESS, INC.  :
:
                Defendant.  :
:
---------------------------------------------------------    X

**MOTION TO EXTEND TIME TO ANSWER THE COMPLAINT**

NOW COME plaintiff, COSTUX CORP., d/b/a TRIAD BOATWORKS, and by and through its attorney, hereby moves to extend time by an additional forty-five (45) days through August 13, 2004 within which defendant, SouthCoast Express, Inc., may appear formally through counsel and answer the First Amended Complaint.

As grounds therefor, plaintiff states the following reasons:

1. In connection with plaintiff's motion to strike the *pro se* Answer of George T.J. Walker, President of SouthCoast Express, Inc., the parties conferred in accordance with Local Rule 7.1 on July 1, 2004, and agree as follows:

    (a) Plaintiff agrees, subject to court order, to extend the time within which defendant corporation may appear formally through counsel and answer the First Amended Complaint by an additional forty-five (45) days through August 13, 2004.

  (b) During the interim period, the parties agree to meet and discuss the possibility of resolving their respective disputes amicably.  The parties have tentatively scheduled a meeting at plaintiff's boatyard on July 19, 2004.

2. If the parties cannot negotiate a settlement, then the additional time will allow defendant corporation to retain counsel, appear formally and answer the First Amended Complaint.

WHEREFORE, plaintiff, Costux Corp., d/b/a Triad Boatworks, respectfully requests that this Honorable Court extend the time within which defendant, SouthCoast Express, Inc., may appear formally and answer the First Amended Complaint by forty-five (45) days through August 13, 2004.

Dated: July 2, 2004           Respectfully submitted,

                    COSTUX CORP.,
                    d/b/a TRIAD BOATWORKS
                    By its attorney,
                    NORMAN A. PELOQUIN, II, P.C.

                    /s/ Norman A. Peloquin, II
                    Norman A. Peloquin, II
                    (BBO No. 550872)
                    Morad Building, 460 County Street
                    New Bedford, MA 02740-5107
                    Tel. (508) 991-2300
                    Fax (508) 991-8300

## Certificate of Compliance

I hereby certify that on the 2nd day of July, 2004, that I conferred with George T.J. Walker, President of defendant corporation on July 1, 2004 in compliance with the provision of Local Rule 7.1., and the parties hereto have agreed to the content of the foregoing motion.

/s/ Norman A. Peloquin, II
Attorney-at-Law

## Certificate of Service

I hereby certify that on the 2nd day of July, 2004, I served a true copy of the foregoing document upon counsel of record by first class mail, postage prepaid, to: George T.J. Walker, President, SouthCoast Express, Inc., 110 Middle Street, Fairhaven, MA 02719.

/s/ Norman A. Peloquin, II
Attorney-at-Law