%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**ORIGINAL**

District of Massachusetts

2004 JUN 17 P 12:48

U.S. DISTRICT COURT
DISTRICT OF MASS

**COSTUX CORP.,**
d/b/a **TRIAD BOATWORKS,**
                    Plaintiff,
         V.

**SOUTHCOAST EXPRESS, INC.,**
                    Defendant.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:    04-cv-10483(RGS)

TO: (Name and address of Defendant)

Southcoast Express, Inc.
c/o George T.J. Walker, its President/Treasurer
639 Point Road
Marion, MA 02738

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Norman A. Peloquin, II, Esquire
Norman A. Peloquin, II P.C.
460 County Street
New Bedford, MA 02740
Tel. 508.991.2300
Fax 508.991.8300

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

*(signature) Claire Flaherty*

(By) DEPUTY CLERK

DATE    May 26, 2004

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | June 4, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Richard A. Moniz | Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served the within Summons in a Civil Case and First Amended Complaint IN HAND to Carolyn Vickery, General Manager of Holiday Inn Express for George T.J. Walker, President located at 110 Middle St., Fairhaven, MA. On the same day a copy attest of the same was mailed

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $25.00 | $25.00 |

### DECLARATION OF SERVER

first class mail to George T.J. Walker at the address above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/4/04
                Date                          Signature of Server

388 County St., New Bedford, MA
Address of Server

CAROLYN VICKERY
Carolyn Vickery
General Manager

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Bristol, s.s.                                                                June 4, 2004

I, hereby certify and return that at **Three O'clock** and **No Minutes** in the **afternoon** I served a copy of the within **Summons in a Civil Case and First Amended Complaint** <u>IN HAND</u> to *Carolyn Vickery, General Manager of Holiday Inn Express,* the only person present at the time of service for, *George T.J. Walker, President* located at <u>110 Middle Street, Fairhaven, MA.</u>

On the same day an attest copy of the same was mailed first class mail to *George T.J. Walker, President* at <u>110 Middle Street, Fairhaven, Massachusetts.</u>

Service Fee: $25.00

CONSTABLE<br>
RICHARD A. MONIZ<br>
A DISINTERESTED PERSON