UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

COSTUS CORP.

    V.                                        CIVIL ACTION NO. 04-10483-RGS

GEORGE T. J. WALKER; SOUTHCOAST EXPRESS, INC.

# ORDER FOR STATUS REPORT

**STEARNS, DJ.**                                                           **SEPTEMBER 16, 2005**

**PLAINTIFF'S COUNSEL IN THE ABOVE-CAPTIONED ACTION IS HEREBY ORDERED TO FILE A WRITTEN "STATUS REPORT" WITH THIS COURT, ON OR BEFORE:**

**OCTOBER 17, 2005**

**FAILURE TO COMPLY WILL RESULT IN THE IMMEDIATE DISMISSAL OF THE ACTION.**

**SO ORDERED.**

                                                                     **RICHARD G. STEARNS**
                                                                     **UNITED STATES DISTRICT JUDGE**

                              **BY:**

                                                           **/s/ Mary H. Johnson**
                                                              **Deputy Clerk**