UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------x
                                        :
COSTUX CORP.,                           :
d/b/a TRIAD BOATWORKS,                   :
                    Plaintiff           :
vs.                                     :    CIVIL ACTION NO. 04-CV-10483(RGS)
                                        :    IN ADMIRALTY
                                        :
SOUTHCOAST EXPRESS, INC.                :
                    Defendant.          :    STATUS REPORT AND
                                        :    NOTICE OF STAY OF PROCEEDINGS
------------------------------------------------------x
```

NOW COMES plaintiff, COSTUX CORP., d/b/a TRIAD BOATWORKS, and by and through its attorney, hereby provides this Honorable Court with a status report in the above-captioned action. On September 19, 2005, defendant, SouthCoast Express, Inc., filed a voluntary petition for relief under Title 11 of the United States Code in the United States Bankruptcy Court for the District of Massachusetts (Boston), Case No. 05-18685. Although defendant has neither filed a suggestion of bankruptcy in this action, nor served notice of the aforesaid action upon plaintiff, the undersigned understands that all further action in this case is stayed by operation of law as set forth in 11 U.S.C. §362.

Dated: October 14, 2005                      Respectfully submitted,

                                             COSTUX CORP.,
                                             d/b/a TRIAD BOATWORKS
                                             By their attorney,
                                             NORMAN A. PELOQUIN, II, P.C.

                                             /s/ Norman A. Peloquin, II
                                             Norman A. Peloquin, II
                                             (BBO No. 550872)
                                             Morad Building, 460 County Street
                                             New Bedford, MA 02740-5107
                                             Tel. (508) 991-2300
                                             Fax (508) 991-8300

Certificate of Service

I hereby certify that on the 14th day of October, 2005, I served a true copy of the foregoing document upon counsel of record by first class mail, postage prepaid, to: George T.J. Walker, President, SouthCoast Express, Inc., 110 Middle Street, Fairhaven, MA 02719; and defendant's bankruptcy counsel,  Heidsha Sheldon, Seyfarth Shaw LLP, World Trade Center East, Two Seaport Lane, Suite 300, Boston, MA 02210.

/s/ Norman A. Peloquin, II
Attorney-at-Law

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------x
                                      :
COSTUX CORP.,                         :
d/b/a TRIAD BOATWORKS,                :
              Plaintiff               :
vs.                                   :     CIVIL ACTION NO. 04-CV-10483(RGS)
                                      :     IN ADMIRALTY
                                      :
SOUTHCOAST EXPRESS, INC.              :
              Defendant.              :     STATUS REPORT AND
                                      :     NOTICE OF STAY OF PROCEEDINGS
-------------------------------------------------------x
```

NOW COMES plaintiff, COSTUX CORP., d/b/a TRIAD BOATWORKS, and by and

through its attorney, hereby provides this Honorable Court with a status report in the above-

captioned action.  On September 19, 2005, defendant, SouthCoast Express, Inc., filed a voluntary

petition for relief under Title 11 of the United States Code in the United States Bankruptcy Court

for the District of Massachusetts (Boston), Case No. 05-18685.  Although defendant has neither

filed a suggestion of bankruptcy in this action, nor served notice of the aforesaid action upon

plaintiff, the undersigned understands that all further action in this case is stayed by operation of

law as set forth in 11 U.S.C. §362.

Dated: October 14, 2005                       Respectfully submitted,

                                              COSTUX CORP.,
                                              d/b/a TRIAD BOATWORKS
                                              By their attorney,
                                              NORMAN A. PELOQUIN, II, P.C.


                                              /s/ Norman A. Peloquin, II
                                              Norman A. Peloquin, II
                                              (BBO No. 550872)
                                              Morad Building, 460 County Street
                                              New Bedford, MA 02740-5107
                                              Tel. (508) 991-2300
                                              Fax (508) 991-8300

<u>Certificate of Service</u>

I hereby certify that on the 14th day of October, 2005, I served a true copy of the foregoing document upon counsel of record by first class mail, postage prepaid, to: George T.J. Walker, President, SouthCoast Express, Inc., 110 Middle Street, Fairhaven, MA 02719; and defendant's bankruptcy counsel,  Heidsha Sheldon, Seyfarth Shaw LLP, World Trade Center East, Two Seaport Lane, Suite 300, Boston, MA 02210.

<u>/s/ Norman A. Peloquin, II</u>
Attorney-at-Law

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------x
                                        :
COSTUX CORP.,                           :
d/b/a TRIAD BOATWORKS,                  :
                  Plaintiff             :
vs.                                     :     CIVIL ACTION NO. 04-CV-10483(RGS)
                                        :     IN ADMIRALTY
                                        :
SOUTHCOAST EXPRESS, INC.                :
                  Defendant.            :     STATUS REPORT AND
                                        :     NOTICE OF STAY OF PROCEEDINGS
------------------------------------------------------x
```

NOW COMES plaintiff, COSTUX CORP., d/b/a TRIAD BOATWORKS, and by and through its attorney, hereby provides this Honorable Court with a status report in the above-captioned action.  On September 19, 2005, defendant, SouthCoast Express, Inc., filed a voluntary petition for relief under Title 11 of the United States Code in the United States Bankruptcy Court for the District of Massachusetts (Boston), Case No. 05-18685.  Although defendant has neither filed a suggestion of bankruptcy in this action, nor served notice of the aforesaid action upon plaintiff, the undersigned understands that all further action in this case is stayed by operation of law as set forth in 11 U.S.C. §362.

Dated: October 14, 2005                    Respectfully submitted,

                                           COSTUX CORP.,
                                           d/b/a TRIAD BOATWORKS
                                           By their attorney,
                                           NORMAN A. PELOQUIN, II, P.C.

                                           /s/ Norman A. Peloquin, II
                                           Norman A. Peloquin, II
                                           (BBO No. 550872)
                                           Morad Building, 460 County Street
                                           New Bedford, MA 02740-5107
                                           Tel. (508) 991-2300
                                           Fax (508) 991-8300

<u>Certificate of Service</u>

I hereby certify that on the 14th day of October, 2005, I served a true copy of the foregoing document upon counsel of record by first class mail, postage prepaid, to: George T.J. Walker, President, SouthCoast Express, Inc., 110 Middle Street, Fairhaven, MA 02719; and defendant's bankruptcy counsel,  Heidsha Sheldon, Seyfarth Shaw LLP, World Trade Center East, Two Seaport Lane, Suite 300, Boston, MA 02210.

<u>/s/ Norman A. Peloquin, II</u>
Attorney-at-Law