# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

COSTUS CORP.
    Plaintiff

      v.                       CIVIL ACTION NO. 04-10483-RGS

SOUTHCOAST EXPRESS, INC., ET AL
    Defendant

### PROCEDURAL ORDER OF DISMISSAL

STEARNS, DJ.                          OCTOBER 19, 2005

IN ORDER TO AVOID THE NECESSITY OF COUNSEL TO APPEAR  AT PERIODIC STATUS CONFERENCES OF FILE MONTHLY STATUS REPORTS,

IT IS HEREBY ORDERED THAT THE  ABOVE-CAPTIONED ACTION BE AND HEREBY IS DISMISSED WITHOUT PREJUDICE TO EITHER PARTY MOVING TO RESTORE IT TO THE DOCKET IF ANY FURTHER  ACTION IS REQUIRED UPON  COMPLETION  AND TERMINATION OF ALL BANKRUPTCY  OR  ARBITRATION PROCEEDINGS.

SO ORDERED.

                       RICHARD G. STEARNS
                       UNITED STATES DISTRICT JUDGE

          BY:
              /s/ Mary  H. Johnson
              Deputy Clerk

DATED: 10-19-05